UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICENTE LEON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　　Defendants. | Case No.: 13-CV-03861-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Nathan Menta Zaslow
Defendant Santa Clara County's Attorney: David Michael Rollo
Defendant CHP Officers' Attorney: Susan J. Kawala

　　　A case management conference was held on December 10, 2014.  A further case management conference is set for May 28, 2015, at 1:30 p.m.  The parties shall file their joint case management statement by May 21, 2015.

　　　The Court hereby refers the parties to Magistrate Judge Nathanael M. Cousins for a settlement conference.  The deadline for completing the settlement conference with Judge Cousins is April 30, 2015.  The parties shall file a joint settlement status report by May 7, 2015.

　　　If Plaintiff seeks to amend his complaint, he may do so only by stipulation of all the parties.  For the reasons stated on the record, the Court will not entertain any motion for leave to file an amended complaint.

　　　Defendants may file two total summary judgment motions, one on behalf of all the County defendants and one on behalf of all the California Highway Patrol ("CHP") defendants.  Plaintiff represented that he would not file a summary judgment motion.

　　　The Court amended the case schedule as follows:

| Scheduled Event | Date |
|---|---|

| | |
|---|---|
| Fact Discovery Cutoff | January 9, 2015 |
| Opening Expert Reports | January 29, 2015 |
| Rebuttal Expert Reports | February 19, 2015 |
| Close of Expert Discovery | March 12, 2015 |
| Last Day to File Dispositive Motions | April 2, 2015 |
| Deadline for Opposition Brief(s) | April 16, 2015 |
| Deadline for Reply Brief(s) | April 23, 2015 |
| Hearing on Dispositive Motions and Further CMC | May 28, 2015, at 1:30 p.m. |
| Final Pretrial Conference | July 16, 2015, at 1:30 p.m. |
| Jury Trial | August 17, 2015, at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: December 10, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 13-CV-03861-LHK
CASE MANAGEMENT ORDER