UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| **VICENTE RUIZ LEON**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF SANTA CLARA, ET AL.,** <br><br> Defendants. | Case No. CV13-03861 LHK (PSG) <br><br> ORDER EXCUSING PERSONAL ATTENDANCE OF CALIFORNIA HIGHWAY PATROL GENERAL COUNSEL AT SETTLEMENT CONFERENCE <br><br> Date:  March 24, 2015 <br> Time:  9:30 a.m. <br> Ctrm:  7 <br> Judge:  Hon. Nathanael M. Cousins <br><br> Trial Date:     August 17, 2015 <br> Action Filed:  August 21, 2013 |

Pursuant to the U.S. District Court for the Northern District of California, ADR Local Rules, rule 6-10(d), the following individuals are excused from personally appearing at the court-ordered mediation that has been scheduled in this case: California Highway Patrol ("CHP") General Counsel Kim Hunter. The Court hereby approves the attendance of CHP Lieutenant Scot Loetscher, who is a person with authority to settle and who is knowledgeable about facts of the case, the CHP's position, and the policies and procedures under which the CHP decides whether to accept proposed settlements. Also, the individual CHP officer defendants may participate in the conference by telephone.

IT IS SO ORDERED.

Dated: February 11, 2015

_____
HONORABLE NATHANAEL M. COUSINS