UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICENTE R. LEON,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>        Defendants. | Case No. 13-CV-03861-LHK<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL** |

On March 30, 2015, the Court received notice that the parties had reached a settlement to resolve this action in its entirety. ECF No. 85. However, no stipulation of dismissal has yet been filed. Accordingly, by April 30, 2015, the parties shall file a stipulation to dismiss this action with prejudice or a joint statement explaining why the parties have not yet done so and when the parties intend to do so.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
LUCY H. KOH
United States District Judge